THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY ANCRUM and RALPH G. JONES, Appellants.

Argued October 16, 1941; decided November 27, 1941.

*Louis K. Wasser, Myron Sulzberger, Jr., Lucius L. Delany* and *Isidor Enselman* for Henry Ancrum, appellant.

*Moses A. Sachs, Homer I. Harris, Charles Pilatsky* and *Thomas B. Dyett* for Ralph G. Jones, appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Eugene A. Leiman* of counsel), for respondent.

Judgments of conviction affirmed; no opinion. (See 287 N. Y. 746.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.